# United States District Court
# Western District of North Carolina

3:12 MC - 66

IN RE:  Appointment of a
Merit Selection Panel to
consider the Reappointment
Of U.S Magistrate Judge            **ORDER**
Dennis L. Howell

This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering the reappointment of the Honorable Dennis L. Howell as a United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Section 6.03 of the *"Selection, Appointment, and Reappointment of United States Magistrate Judges "* published by the Administrative Office of the U.S. Courts, revised March 2010, the court must establish a Merit Selection Panel (Panel) to assist the district judges in their determination to reappointment an incumbent magistrate judges.

The Panel, being composed of nine members, including two lay persons, is to consider and review the incumbent's performance in office as a magistrate judge and consider comments received from members of the bar and the public, and any other pertinent evidence as to the incumbent's good character, judgment, legal ability, temperament, and commitment to equal justice under the law. An interview with the incumbent, interviews with other judicial officers of the bench, and interviews with other agency heads of the federal court family are considered a part of the Panel's charge.

After considering all information, the Panel, unless otherwise directed by the court, must report to the court whether it recommends the incumbent for reappointment to an additional term of office by August 15, 2012. This written report and recommendation is to be provided to the Honorable Robert J. Conrad, Jr., Chief, U.S. District Judge.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina.

Mr. Jack Stewart, Jr. ✓
PO Box 1920
Asheville, NC 28802

828-253-5673
Jack@jackstewartlaw.com

Mr. Robert Long, Jr. ✓
Long, Parker, & Warren
PO Box 7216
Asheville, NC 28802

828-258-2296
fran@longparker.com

Mr. Fred Moody, Jr. ✓
McKeever, Edwards, Davis & Hays
PO Box 670
Bryson City, NC 28713

828-488-2147
fhmoody@earthlink.net

Mr. John Cloninger ✓
Cloninger, Barbour, Searson, Jones
21 Battery Park Ave
Suite 201
Asheville, NC 28801

828-252-5555
jack@lawyersasheville.com

Mr. Steve Warren ✓
Long, Parker, Warren
PO Box 7216
Asheville, NC 28802

828-258-2296
steve@longparker.com

E. Thomison Holman ✓
Adams, Hendon, Carson
PO Box 2714
Asheville, NC 28801

828-252-7381
tholman@adamsfirm.com

Mr. Richard Edwards ✓
Assistant U.S. Attorney
100 Otis Street
Room 233
Asheville, NC 28801

828-271-4661
richard.edwards2@usdoj.gov

Mr. C. Frank Goldsmith ✓  
Goldsmith, Goldsmith, Dews  
PO Box 1107  
Marion, NC 28752

828-652-3000  
frank@goldsmithdews.com

Mr. Forrest A. Ferrell ✓  
Sigmon, Clark, Mackie  
420-B Third Ave, N.W.  
P.O. 1470  
Hickory, NC 28601

828-328-2596  
forrest.ferrel@sigmonclark.com

Ms. Angela Parrot ✓  
Federal Defenders of Western NC  
129 West Trade Street  
Suite 300  
Charlotte, NC 28202

704-374-0720  
angela_parrott@fd.org

Rev. Dr. John Grant, Sr. ✓  
Mt. Zion Missionary Baptist Church  
47 Helen Holcombe Way  
Candler, NC 28715

828-667-9875 (home)  
828-252-0515 (church)  
828-713-0583 (cell)

Mr. Ken Razza ✓  
BCSD Anti Crime  
202 Haywood Street  
Asheville, NC 28801

828-250-4636 (work)  
828-707-2281 (cell)  
ken.razza@buncombecounty.org

Mr. Larry McDevitt, Chair ✓  
Van Winkle Buck Wall Starnes  
PO Box 7376  
Asheville, NC 28802

828-258-2991

lmcdevit@vwlawfirm.com

    The Merit Selection Panel shall be chaired by Mr. Larry McDevitt who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

    The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* and other materials which may be of assistance to the Panel. The Clerk shall also send a copy of this Order to the Magistrates Division of the Administrative Office of the U.S. Courts and the Honorable Samuel Phillips, Circuit Executive of the Fourth Circuit.

    SO ORDERED THIS 18th DAY OF APRIL, 2012.

_____  _____
Robert J. Conrad, Jr., Chief        Frank D. Whitney
U.S. District Judge                 U.S. District Judge

_____  _____
Graham C. Mullen, Senior            Richard L. Voorhees
U.S. District Judge                 U.S. District Judge

_____  _____
Max O Cogburn                       Martin Reidinger
U.S. District Judge                 U.S. District Judge

bcc: All Magistrate Judges
     All Bankruptcy Judges
     Gregg Forest
     Steve Salata
     Anne Tompkins